**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Paul G. Amann,<br><br>    Plaintiff,<br><br>v.<br><br>Attorney General of the State of Utah, et al.,<br><br>    Defendants. | No. MC-22-08003-PCT-DWL<br><br>**ORDER** |

On August 24, 2022, the Office of the Utah Attorney General ("the Utah AG") initiated this miscellaneous case by filing the motion to compel. (Doc. 1.) The Utah AG requests an order to compel Wanda Amann to comply with a subpoena duces tecum relating to an action pending in the United States District Court of the District of Utah, in which the Utah AG is the defendant and Ms. Amann's husband is the plaintiff. (*Id.* at 1-2.) According to the motion, Ms. Amann was disclosed as a witness by her husband, was deposed, and testified under oath that she resides at a specific address in Arizona and that she has documents in her possession relevant to the claims in that action. (*Id.* at 2.) The Utah AG obtained a subpoena duces tecum, but Ms. Amann "refused to accept service of this subpoena through Mr. Amann's counsel," and a tenant at the Arizona address Ms. Amann had provided "informed the process server that there was no Wanda Amann there." (*Id.*) The Utah AG sought and obtained leave from the District of Utah to serve Ms. Amann via email. (*Id.*) The Utah AG emailed the subpoena to Ms. Amann at two email addresses she had used "to correspond with other witnesses and the court reporter

as recently as May and August 2021." (*Id.* at 2-3.) Ms. Amann did not substantively respond to the subpoena. (*Id.* at 3.) Instead, Ms. Amann "hand delivered" a motion to quash the subpoena to the place where the subpoena required the production of documents but did not file the motion. (*Id.* at 8.) "As a compromise and to address those objections," the Utah AG "agreed to limit the subpoena." (*Id.*) Ms. Amann never responded to the subpoena or to the Utah AG's efforts to efforts to meet and confer (*id.* at 9), necessitating the motion to compel.[1] On August 24, 2022, the date on which the motion was filed, the motion and subpoena were served on Ms. Amann via hand delivery in courtroom N45 of the Matheson Courthouse at 450 S. State Street, Salt Lake City. (Doc. 5 at 1; Doc. 5-1 at 3.)

Ms. Amann did not respond to the motion to compel by the response deadline, nor did she file a motion to extend the deadline.

LRCiv 7.2(i) provides that if the opposing party "does not serve and file the required answering memorandum," to a pending motion, "such non-compliance may be deemed a consent to the . . . granting of the motion, and the Court may dispose of the motion summarily."

Accordingly,

**IT IS ORDERED** that the Utah AG's motion to compel (Doc. 1) is granted. Ms. Amann shall comply with the subpoena, under penalty of contempt, by **October 13, 2022**.

**IT IS FURTHER ORDERED** that the Clerk of Court will update Wanda Amann's address to **526** East Spring Street, Kingman, AZ 86401.

Dated this 30th day of September, 2022.

Dominic W. Lanza
United States District Judge

---

[1] The motion to compel was originally filed in the District of Utah, but it was denied for lack of jurisdiction. (Doc. 1 at 9.)

- 2 -